**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2209

JAMES L. RAINEY, III,

Plaintiff - Appellant,

v.

JANET L. YELLEN, Secretary, U.S. Department of Treasury; DARNITA TROWER, Senior Management Official/Manager; JAMES D. KEITH, Senior Management Official/Manager; GINA DAVIS, Management & Program Analyst; SHONDRAYA A. GRANT-LEVY, Supervisory Human Resources Specialist (IR-01, Senior Manager); MICHAEL F. PITTS, Supervisory IT Specialist (IR-2210-01/Senior Manager); LISA S. ROSENMERKEL, Senior Program Manager (IR-0340-01/Senior Manager); TARA R. WELLS, Supervisory Operations Research Analyst (IR-1515-01/Senior Manager); EDWARD F. EMBLOM, Supervisory Economist (IR-0110-01/Senior Manager); BRYAN A. LAURIN, Human Resources Specialist (GS-0201-13); MIHIR PATEL, Director (GS-0340-15),

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:22-cv-00134-TDC)

Submitted:  March 28, 2024                                Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James L. Rainey, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James L. Rainey, III, appeals the district court's order granting summary judgment in favor of Defendants on Rainey's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rainey v. Yellen*, No. 8:22-cv-00134-TDC (D. Md. Aug. 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*